IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>PELLA CORPORATION and PELLA WINDOWS AND DOORS OF ONTARIO CORPORATION,<br><br>Defendants. | Civil Action No. 4:12-cv-00541-JAJ-TJS<br><br><br>**PLAINTIFFS' MOTION TO CONSOLIDATE** |

This is a declaratory judgment action involving similar legal issues to those currently being litigated in related cases captioned *St. Paul Fire & Marine Insurance Co. vs. Pella Corporation, et al.*, Case No. 4:11-cv-00504, *Lexington Insurance Co. v. Pella Corporation, et al.*, Case No. 4:12-cv-00354 and *Hartford Casualty Insurance Co., et al. v. Pella Windows and Doors, Inc.*, Case No. 4:11-cv-00502.

In the other combined matters, the parties met and conferred, and established a Proposed Scheduling Order that has been considered by the Court. Attached is a copy.

The Plaintiffs request that this matter be transferred to Judge Gritzner for inclusion in pretrial scheduling and disposition.

**PATTERSON LAW FIRM, L.L.P.**
505 Fifth Avenue, Suite 729
Des Moines, IA 50309-2390
Phone: 515-283-2147
FAX: 515-283-1002
Email: jboehlert@pattersonfirm.com

By: /s/ Jeffrey A. Boehlert
_____
Jeffrey A. Boehlert AT0001056


Robert Christensen
**COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS**
555 Mission Street, Suite 330
San Francisco, CA 94105
Phone: 415-932-7418
Fax: 415-932-7001
Robert.Christensen@cna.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>     Plaintiff,<br>  v.<br><br>PELLA CORPORATION, PELLA WINDOWS AND DOORS, INC. AND PELLA WINDOWS AND DOORS OF ONTARIO CORP.,<br><br>     Defendants.<br><br>PELLA CORPORATION, PELLA WINDOWS AND DOORS, INC. AND PELLA WINDOWS AND DOORS OF ONTARIO CORP.,<br><br>     Third-Party Plaintiffs,<br>  v.<br><br>CINCINNATI INSURANCE COMPANY and FEDERAL INSURANCE COMPANY,<br><br>     Third-Party Defendants. | Case No.: 4:11-CV-00504 JEG-TJS |
| LEXINGTON INSURANCE COMPANY,<br><br>     Plaintiff,<br>  v.<br><br>PELLA CORPORATION and PELLA WINDOWS & DOORS OF ONTARIO CORPORATION,<br><br>     Defendants. | Case No.: 4:12-CV-00352-JEG-TJS |
| HARTFORD CASUALTY INSURANCE COMPANY, et al.,<br><br>     Plaintiffs<br>  v. | Case No.: 4:11-CV-00502-JEG-TJS |

PELLA WINDOWS AND DOORS, INC., )
)
                        Defendant. )
)

## JOINT PROPOSED AMENDED SCHEDULING ORDER

Counsel for Pella Corporation, Pella Windows and Doors, Inc., and Pella Windows and Doors of Ontario Corporation (collectively, "Pella") and counsel for Hartford Casualty Insurance Company, Hartford Fire Insurance Company, St. Paul Fire and Marine Insurance Company, Cincinnati Insurance Company, Federal Insurance Company, and Lexington Insurance Company (individually, "Carrier," and collectively, the "Carriers") have conferred and hereby submit this Joint Proposed Amended Scheduling Order in accordance with this Court's October 5, 2012 Order.[1]

The parties have met and conferred in an attempt to reach an agreement on the briefing schedule for "Phase II," as set forth in the parties' October 5, 2012 Joint Proposed Scheduling Order and Discovery Plan.

Accordingly, the parties respectfully propose the following Phase II schedule applicable in all of the cases identified in the caption above. Accordingly, except as set forth below, the page limitations specified below are collective and shall not apply to any case individually:

1.     Phase II dispositive motions shall be filed on **February 12, 2013**. Pella may file an opening brief not exceeding 50 pages. The Carriers may file a consolidated opening brief not

---

[1] A related declaratory judgment action was recently filed against Pella by American Casualty Company of Reading, PA, and National Fire Insurance Company of Hartford (collectively, "CNA"), *American Casualty Company of Reading, PA, et al. v. Pella Corp., et al.*, USDC for the Southern District of Iowa Case No. 4:12-cv-00541-JAJ-CFB ("CNA Action."). Pella's response to the complaint will be filed by December 14, 2012 by agreement. Counsel for CNA and Pella have conferred and agree that CNA will file an unopposed motion or stipulation requesting transfer of the CNA Action to Judge Gritzner and inclusion in this Proposed Scheduling Order and the prior Scheduling Order in these actions (Case No. 4:11-cv-00504 JEG-TJS, Dkt. No. 60-1).

exceeding 40 pages. Each Carrier may also file a supplemental opening brief not exceeding 25 pages.

2. The last day to file oppositions and/or cross motions to Phase II dispositive motions will be **March 15, 2013**. Pella may file an opposition brief not exceeding 75 pages. The Carriers may file a consolidated opposition brief not exceeding 50 pages. Each Carrier may also file a supplemental opposition brief not exceeding 25 pages.

3. The last day to file replies and/or oppositions to cross motions in support of Phase II dispositive motions will be **April 19, 2013**. Pella may file a reply brief not exceeding 40 pages or, if also responding to cross-motions, a reply/answering brief not exceeding 75 pages. The Carriers may file a consolidated reply brief not exceeding 25 pages, and each Carrier may also file a supplemental reply brief not exceeding 15 pages. If also responding to cross-motions, the Carriers may file a consolidated reply/answering brief not exceeding 50 pages, and each Carrier may also file a supplemental reply/answering brief not exceeding 25 pages.

4. The last day to file any replies in support of Phase II dispositive cross-motions will be **May 10**. Pella may file a reply brief not exceeding 40 pages. The Carriers may file a consolidated reply brief not exceeding 20 pages, and each Carrier may also file a supplemental reply brief not exceeding 15 pages.

5. No later than 30 days following the Court's order(s) on the parties' Phase II dispositive motions, the parties will propose to the Court a joint scheduling order to address resolution of remaining issues.

A Proposed Order adopting this Joint Amended Scheduling Order is attached hereto.

Respectfully submitted,

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
By: __/s/_____
Robin L. Cohen
Adam Ziffer
Keith McKenna
1633 Broadway
New York, NY 10019
Telephone: 212-506-1700
Facsimile: 212-506-1800
Email: rcohen@kasowitz.com
aziffer@kasowitz.com
kmckenna@kasowitz.com
*Attorneys for Pella Corporation, Pella Windows and Doors, Inc. Pella Windows and Doors, Inc. of Ontario Corp.*

BELIN McCORMICK, P.C.

By: _____/s/_____
Richard W. Lozier, Jr. AT0004843
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
Telephone: 515-283-4636
Facsimile: 515-558-0636
Email: rwlozier@belinmccormick.com
*Attorneys for Pella Corporation, Pella Windows and Doors, Inc. Pella Windows and Doors, Inc. of Ontario Corp.*

GAUDINEER, COMITO & GEORGE, L.L.P.
By: _____/s/_____
Kent. A. Gummert AT0003032
3737 Westown Parkway, Suite 2D
West Des Moines, IA 50266
Telephone: 515-327-1750
Facsimile: 515-327-1250
Email: kentgummert@questoffice.net
*Attorneys for Hartford Casualty Insurance Company and Hartford Fire Insurance Company*

KARBALL, COHEN, ECONOMOU, SILK & DUNNE, LLC
By: _____/s/_____
Dena Economou
Gerald E. Ziebell
150 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Telephone: 312-431-3700
Facsimile: 312-431-3670
*Attorneys for Hartford Casualty Insurance Company and Hartford Fire Insurance Company*

WHITFIELD & EDDY, P.L.C.
By: _____/s/_____
David L. Phipps
317 Sixth Avenue, Suite 1200
Des Moines, Iowa 50309
Telephone: 515-288-6041
Email: phipps@whitfieldlaw.com
*Attorneys for St. Paul Fire and Marine Insurance Company*

STEPTOE & JOHNSON LLP
By: _____/s/_____
Ruth S. Kochenderfer
Tara L. Goodwin
1330 Connecticut Ave., NW
Washington, D.C. 20036
Telephone: 202-429-3000
Email: rkochenderfer@steptoe.com
tgoodwin@steptoe.com
*Attorneys for St. Paul Fire and Marine Insurance Company*

NYEMASTER GOODE, P.C.
By: ___/s/___
　　　Debra L. Hulett
700 Walnut, Suite 1600
Des Moines, IA 50309-3899
Telephone: 515-283-3114
Facsimile: 515-283-3108
Email: dlhulett@nyemaster.com
*Attorneys for Lexington Insurance Company*

GREFE & SIDNEY, P.L.C.
By: ___/s/___
　　　Mark W. Thomas AT0007832
500 East Court Avenue, Suite 200
P.O. Box 10434
Des Moines, IA 50306
Telephone: (515) 245-4300
Facsimile: (515) 245-4452
*Attorneys for Cincinnati Insurance Company*

PATTERSON LAW FIRM, LLP
By: ___/s/___
　　　Gregory A. Witke
505 5th Avenue, Suite 729
Des Moines, IA 50309
Telephone: (515) 283-2147
Facsimile: (515) 283-1002
Email: gwitke@pattersonfirm.com
*Attorneys for Federal Insurance Company*

BATES CAREY NICOLADIES LLP
By: ___/s/___
　　　Richard H. Nicolaides, Jr.
　　　Laura A. McArdle
　　　Kelly L. Stoltz
　　　Jared K. Clapper
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
Telephone: 312-762-3100
Facsimile: 312-762-3200
*Attorneys for Lexington Insurance Company*

WHITE AND WILLIAMS
By: ___/s/___
　　　Gale White
　　　Joshua Mooney
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
*Attorneys for Cincinnati Insurance Company*

WHITE AND WILLIAMS
By: ___/s/___
　　　Michael O. Kassak
Liberty View
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002
*Attorneys for Federal Insurance Company*