# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> PELLA CORPORATION and PELLA WINDOWS AND DOORS OF ONTARIO CORPORATION, <br><br> Defendants. | CIVIL NO. 4:12-CV-00541-JAJ-CFB <br><br> **ORDER** |

Plaintiffs have filed a Motion to Consolidate this case with three other separately pending cases: *St. Paul Fire & Marine Insurance Co. v. Pella Corporation, et al.*, Case No. 4:11-CV-00504; *Lexington Insurance Co. v. Pella Corporation, et al.*, Case No. 4:12-CV-00352; and *Hartford Casualty Insurance Co., et al. v. Pella Windows and Doors, Inc.*, Case No. 4:11-CV-00502  Not included in plaintiffs' Motion to Consolidate was *Pella Corporation v. Liberty Mutual Insurance Company*, Case No. 4:11-CV-00273.

That Motion to Consolidate is granted under the following conditions: the case is transferred from United States District Judge John A. Jarvey to Chief United States District Judge James E. Gritzner.  Pretrial management is transferred from United States Magistrate Judge Celeste F. Bremer to United States Magistrate Judge Thomas J. Shields.

This case shall be subject to the same schedule for monthly status conferences as the above-cited pending cases.

The parties in this case shall be subject be the same briefing schedule as entered in the above three cases, and that schedule will be set forth in a separate order to be filed in this case.

**IT IS SO ORDERED.**

**DATED** this 21st day of December, 2012.

```
_____
THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE
```