UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> PELLA CORPORATION and PELLA WINDOWS AND DOORS OF ONTARIO CORPORATION, <br><br> Defendants. | CIVIL NO.  4:12-CV-00541-JAJ-CFB <br><br><br><br> ORDER |

The attached scheduling order for dispositive motions and briefing, which was entered in related litigation, shall hereby apply to and be implemented in this case.

**IT IS SO ORDERED.**

**DATED** this 21st day of December, 2012.

_____
THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>                    Plaintiff,<br>v.<br><br>PELLA CORPORATION, PELLA WINDOWS AND DOORS, INC. AND PELLA WINDOWS AND DOORS OF ONTARIO CORP.,<br><br>                    Defendants.<br><br>PELLA CORPORATION, PELLA WINDOWS AND DOORS, INC. AND PELLA WINDOWS AND DOORS OF ONTARIO CORP.,<br><br>                    Third-Party Plaintiffs,<br>v.<br><br>CINCINNATI INSURANCE COMPANY and FEDERAL INSURANCE COMPANY,<br><br>                    Third-Party Defendants. | Case No.: 4:11-CV-00504 JEG-TJS |
| LEXINGTON INSURANCE COMPANY,<br><br>                    Plaintiff,<br>v.<br><br>PELLA CORPORATION and PELLA WINDOWS & DOORS OF ONTARIO CORPORATION,<br><br>                    Defendants. | Case No.: 4:12-CV-00352-JEG-TJS |
| HARTFORD CASUALTY INSURANCE COMPANY, et al.,<br><br>                    Plaintiffs<br>v. | Case No.: 4:11-CV-00502-JEG-TJS |

PELLA WINDOWS AND DOORS, INC., )
)
                        Defendant. )
)

## ~~PROPOSED~~ AMENDED SCHEDULING ORDER

The Court having reviewed the Proposed Amended Scheduling Order submitted by Pella Corporation, Pella Windows and Doors, Inc., and Pella Windows and Doors of Ontario Corporation (collectively, "Pella"), and having considered the positions set forth by Hartford Fire Insurance Company, St. Paul Fire and Marine Insurance Company, Cincinnati Insurance Company, Federal Insurance Company, and Lexington Insurance Company (individually, "Carrier," and collectively, the "Carriers") with regard thereto, hereby sets the following Phase II briefing schedule:

1.      Phase II dispositive motions shall be filed on **February 12, 2013**. Pella may file an opening brief not exceeding 50 pages. The Carriers may file a consolidated opening brief not exceeding 40 pages. Each Carrier may also file a supplemental opening brief not exceeding ~~7~~ 15 pages.

2.      The last day to file oppositions and/or cross motions to Phase II dispositive motions will be **March 15, 2013**. Pella may file an opposition brief not exceeding 50 pages. The Carriers may file a consolidated opposition brief not exceeding 40 pages. Each Carrier may also file a supplemental opposition brief not exceeding ~~7~~ 15 pages.

3.      The last day to file replies and/or oppositions to cross motions in support of Phase II dispositive motions will be **April 19, 2013**. Pella may file a reply brief not exceeding 30 pages or, if also responding to cross-motions, a reply/answering brief not exceeding ~~50~~ 30 pages. The Carriers may file a consolidated reply brief not exceeding 20 pages, and each Carrier may also file a supplemental reply brief not exceeding ~~8~~ 10 pages. If also responding to cross-motions,

the Carriers may file a consolidated reply/answering brief not exceeding ~~40~~ 30 pages, and each Carrier may also file a supplemental reply/answering brief not exceeding ~~8~~ 10 pages.

4. The last day to file any replies in support of Phase II dispositive cross-motions will be **May 10**. Pella may file a reply brief not exceeding 30 pages. The Carriers may file a consolidated reply brief not exceeding 20 pages, and each Carrier may also file a supplemental reply brief not exceeding ~~8~~ 10 pages.

5. No later than 30 days following the Court's order(s) on the parties' Phase II dispositive motions, the parties will propose to the Court a joint scheduling order to address resolution of remaining issues.

6. Except as noted with regard to supplemental briefs, the page limitations specified above are collective and shall not apply to any case individually.

DATE: December 18, 2012

IT IS SO ORDERED.

_____
Thomas J. Shields
Chief U.S. Magistrate Judge

3