UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiffs,<br>v.<br><br>PELLA CORPORATION and PELLA WINDOWS AND DOORS OF ONTARIO CORPORATION,<br><br>Defendants. | Civil Action No. 4:12-cv-00541-JEG-TJS |
| PELLA CORPORATION AND PELLA WINDOWS AND DOORS, INC.<br><br>Counterclaim Plaintiffs,<br>v.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA AND NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Counterclaim Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIM

American Casualty Company of Reading, PA and National Fire Insurance Company of Hartford (collectively "ACC/NFICH") move the Court to enter an order to extend the deadline to file an answer to the counterclaim in the above-captioned case:

1. ACC/NFICH will respond to Pella Corporation and Pella Windows and Doors of Ontario Corp.'s Answer to ACC/NFICH's Complaint for Declaratory Judgment and Pella Corporation and Pella Windows and Doors, Inc.'s Counterclaims against ACC/NFICH in the above-captioned case on or before **January 11, 2013**.

2. Pella Corporation, Pella Windows and Doors of Ontario Corp., and Pella Windows and Doors, Inc. do not oppose the motion.

3. A proposed order is attached hereto.

DATED: January 3, 2013

        Respectfully submitted,

        **PATTERSON LAW FIRM, LLP**
505 5th Avenue, Suite 729
Des Moines, IA 50309
Phone: 515-283-2147
Fax:    515-283-1002
Email: jboehlert@pattersonfirm.com

By: /s/ *Jeffrey A. Boehlert*
     Jeffrey A. Boehlert    AT0001056

Robert Christensen
**COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS**
555 Mission Street, Suite 330
San Francisco, CA 94105
Phone: 415-932-7418
Fax:    415-932-7001
Robert.Christensen@cna.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of January, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System which, pursuant to Local Rule 5.3(k)(1), will send a notice of electronic filing to the following:

Robin L. Cohen
Adam Ziffer
Keith McKenna
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Email: rcohen@kasowitz.com
       aziffer@kasowitz.com
       kmckenna@kasowitz.com

Richard W. Lozier, Jr.
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Email: rwlozier@belinmccormick.com
ATTORNEYS FOR PELLA CORPORATION, PELLA WINDOWS
AND DOORS, INC., PELLA WINDOWS AND DOORS, INC. OF ONTARIO CORP.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>　　　　　Plaintiffs,<br>v.<br><br>PELLA CORPORATION and PELLA WINDOWS AND DOORS OF ONTARIO CORPORATION,<br><br>　　　　　Defendants. | Civil Action No. 4:12-cv-00541-JEG-TJS |
| PELLA CORPORATION AND PELLA WINDOWS AND DOORS, INC.<br><br>　　　　　Counterclaim Plaintiffs,<br>v.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA AND NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>　　　　　Counterclaim Defendants. | |

## **ORDER**

The Court grants the parties' Motion for Extension of Time to File Answer to Counterclaim in the above-captioned case and sets the following deadline:

1. American Casualty Company of Reading, PA and National Fire Insurance Company of Hartford (collectively "ACC/NFICH") will respond to Pella Corporation and Pella Windows and Doors of Ontario Corp.'s Answer to ACC/NFICH's Complaint for Declaratory Judgment and Pella Corporation and Pella Windows and Doors, Inc.'s Counterclaims against ACC/NFICH in the above-captioned case on or before **January 11, 2013.**

IT IS SO ORDERED

DATED: January ___, 2013

                                        _____
                                        **THOMAS J. SHIELDS**
                                        **CHIEF U.S. MAGISTRATE JUDGE**