IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>        Plaintiffs,<br>v.<br><br>PELLA CORPORATION and PELLA WINDOWS AND DOORS OF ONTARIO CORPORATION,<br><br>        Defendants.<br>―――――――――――――――――――<br>PELLA CORPORATION AND PELLA WINDOWS AND DOORS, INC.<br><br>        Counterclaim Plaintiffs,<br>v.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA AND NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>        Counterclaim Defendants. | Civil Action No. 4:12-cv-00541-JEG-TJS |

## STIPULATION AND ORDER

Plaintiffs American Casualty Company of Reading, Pa and National Fire Insurance Company of Hartford (together "CNA") and Defendant Pella Windows and Doors of Ontario Corp. ("PWD Ontario"), through its undersigned counsel, hereby stipulate and agree as follows:

    1.    PWD Ontario does not and will not seek a defense, indemnity, or any other insurance coverage for PWD Ontario for the alleged putative Canadian class action lawsuit captioned *Harry Glube and Carolyn Terpstra v. Pella Corporation and Pella Windows & Doors of Ontario Corp.*, Court File No. CV-110-432294-000P (Ontario Superior Court of Justice) ("*Glube*"), under any of the following liability

insurance contracts issued by CNA to Pella Corporation (or Pella Corporation's alleged predecessors), which will be referred to collectively herein as "the CNA Contracts": (1) 706602034, policy period 12/1/90 – 12/1/91; (2) 806548631, policy period 12/1/91 – 12/1/92; and (3) 115559665, policy period 12/1/92 – 12/1/93.

2. The Parties further stipulate and agree that, at a later date, CNA may, at its sole option, amend its complaint to remove PWD Ontario as a named Defendant in the above-captioned action.

3. The Parties further stipulate and agree that this Stipulation and Order shall have no effect on, and shall not impair any coverage rights of, any entity other than PWD Ontario. Pella Corporation may continue to seek insurance coverage from CNA for *Glube* under the CNA Contracts, and CNA may continue to raise any and all defenses to Pella Corporation's request for insurance coverage for *Glube*.

STIPULATED AND AGREED:

_Robert Christenson_
Attorneys for Plaintiffs
American Casualty Company of Reading, PA and
National Fire Insurance Company of Hartford

_[signature]_
Attorneys for Defendant
Pella Windows and Doors of Ontario Corp.

SO ORDERED:

Dated: February ___, 2013     _____