**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | |
| Plaintiff, | Case No.: 4:11-CV-00504 JEG-TJS |
| v. | |
| PELLA CORPORATION, PELLA WINDOWS AND DOORS, INC. AND PELLA WINDOWS AND DOORS OF ONTARIO CORP., | |
| Defendants. | |
| PELLA CORPORATION, PELLA WINDOWS AND DOORS, INC. AND PELLA WINDOWS AND DOORS OF ONTARIO CORP., | |
| Third-Party Plaintiffs, | |
| v. | |
| CINCINNATI INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, | |
| Third-Party Defendants. | |
| AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, | Civil No.: 4:12-CV-00541 JEG-TJS |
| Plaintiffs, | |
| v. | |
| PELLA CORPORATION and PELLA WINDOWS AND DOORS OF ONTARIO CORPORATION, | |
| Defendants. | |

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>PELLA CORPORATION and PELLA WINDOWS & )<br>DOORS OF ONTARIO CORPORATION, )<br>)<br>Defendants. )<br>) | Case No.: 4:12-CV-00352-JEG-TJS |
| HARTFORD CASUALTY INSURANCE COMPANY, )<br>et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>PELLA WINDOWS AND DOORS, INC., )<br>)<br>Defendant. )<br>) | Case No.: 4:11-CV-00502-JEG-TJS |

## PELLA'S NOTICE OF FILING APPENDIX

Please take Notice that Pella Corporation, Pella Windows and Doors, Inc. and Pella Windows and Doors of Ontario Corp. (collectively, "Pella") has filed its Appendix in Support of its Motion for Summary Judgment under seal in Docket No. 74 of Case No.: 4:11-CV-00502 and will deliver a hard copy of the Appendix to the Honorable James E. Gritzner as required by LR 56(f).

Dated: February 12, 2013

        Respectfully submitted,

        BELIN McCORMICK, P.C.

        By  */s/ Richard W. Lozier, Jr.*
        Richard W. Lozier, Jr.   AT0004843
        666 Walnut Street, Suite 2000
        Des Moines, Iowa 50309-3989
        Telephone: (515) 283-4636
        Facsimile: (515) 558-0636
        Email: rwlozier@belinmccormick.com

        Of Counsel:

        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

        Robin L. Cohen
        Keith McKenna
        1633 Broadway
        New York, NY 10019
        Telephone: (212) 506-1770
        Facsimile: (212) 506-1800
        Email: rcohen@kasowitz.com
              kmckenna@kasowitz.com

        *Attorneys for Plaintiffs Pella Corporation, Pella Windows and Doors, Inc., and Pella Windows and Doors of Ontario Corp.*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on February 12, 2013, by

☐ U.S. Mail      ☐ FAX

☐ Hand Delivered     ☐ Electronic Mail

☐ FedEx/ Overnight Carrier     ■ CM / ECF

| | | |
|---|---|---|
| David L. Phipps<br>Amos E. Hill<br>Whitfield & Eddy, P.L.C.<br>317 Sixth Avenue, Ste. 1200<br>Des Moines, Iowa 50309<br>(St. Paul, 4:11-cv-504) | Ruth S. Kochenderfer<br>Tara L. Goodwin<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, D.C. 20036<br>(St. Paul, 4:11-cv-504) | Gregory A. Witke<br>Patterson Law Firm, L.L.P.<br>505 Fifth Avenue, Suite 729<br>Des Moines, Iowa 50309<br>(St. Paul, 4:11-cv-504) |
| Mark W. Thomas<br>Grefe & Sidney, P.L.C.<br>500 E. Court Ave., Ste. 200<br>Des Moines, IA 50309<br>(St. Paul, 4:11-cv-504) | Robert E Campbell<br>Michael Oliver Kassak<br>Joshua A Mooney<br>Gale White<br>White & Williams LLP<br>457 Haddonfield Rd, Ste. 400<br>Cherry Hill, NJ 08002<br>(St. Paul, 4:11-cv-504) | Jeffrey A Boehlert<br>Patterson Lorentzen<br>  Duffield Timmons<br>505 Fifth Ave, #729<br>Des Moines, IA 50309<br>(American Cas., 4:12-cv-541) |
| Robert C. Christensen<br>Colliau Carluccio Keener<br>  Morrow Peterson & Parsons<br>555 Mission St., Ste. 330<br>San Francisco, CA 94105<br>(American Cas., 4:12-cv-541) | Debra L. Hulett<br>Nyemaster Goode, P.C.<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309-3899<br>(Lexington, 4: 12-cv-352) | Richard H. Nicolaides, Jr.<br>Laura A. McArdle<br>Kelly L. Stoltz<br>Jared K. Clapper<br>Bates Carey Nicolaides LLP<br>191 N. Wacker Dr., Ste. 2400<br>Chicago, IL 60606<br>(Lexington, 4:12-cv-352) |
| Jared K Clapper<br>Laura A McArdle<br>Richard H Nicolaides, Jr .<br>Kelly Link Stoltz<br>Bates Carey Nicolaides LLP<br>191 N. Wacker Dr., Ste. 2400<br>Chicago, IL 60606<br>(Lexington, 4:12-cv-352) | Dena Economou<br>Gerald E. Ziebell<br>Karball, Cohen, Economou,<br>  Silk & Dunne, LLC<br>150 S. Wacker Dr., Ste. 1700<br>Chicago, Illinois 60606<br>(Hartford, 4:11-cv-502) | Kent A. Gummert<br>Gaudineer, Comito<br>  & George, L.L.P.<br>3737 Westown Pkwy, Ste. 2D<br>West Des Moines, Iowa 50266<br>(Hartford, 4:11-cv-502) |

Signature:   */s/  L.A. Brustkern*

BELIN\P0648\0003\Notice of Filing Appendix (01504401).DOC